NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICHOLAS COLE,**

*Plaintiff-Appellant*

**v.**

**RADAMES GONCE, SLOANE PORTO,**

*Defendants-Appellees*

---

2023-1601

---

Appeal from the United States District Court for the District of Connecticut in No. 3:19-cv-00978-OAW, Judge Omar A. Williams.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

This is an appeal from a civil action asserting claims under 42 U.S.C. § 1983 for alleged violations of Nicholas Cole's constitutional rights.  Radames Gonce and Sloane Porto move with consent to transfer the appeal to the United States Court of Appeals for the Second Circuit, stating that Mr. Cole filed his appeal with this court in error. We agree that we lack jurisdiction over this appeal, *see* 28

U.S.C. § 1295, and that it would be in the interest of justice to transfer the appeal to the Second Circuit. *See* 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion to transfer is granted. Pursuant to 28 U.S.C. § 1631, this case and all transmittals are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

April 24, 2023                    /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court